UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ISAAC ALEXANDER,

        Plaintiff,                           No. 21-12369

v.                                            Honorable Nancy G. Edmunds
                                               Magistrate Judge Anthony P. Patti

DATTAHN JAMAL WADE,

        Defendant.
_____/

**ORDER ACCEPTING AND ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION [63]**

This matter is before the Court on the Magistrate Judge's May 9, 2023 Report and Recommendation. (ECF No. 63.) The Magistrate Judge recommends that the Court deny Defendant's Motion for Partial Summary Judgment. (ECF No. 26.) Neither party filed objections and the time for doing so has expired. "[T]he failure to object to the magistrate judge's report[] releases the Court from its duty to independently review the matter." *Hall v. Rawal*, 09-10933, 2012 WL 3639070, at *1 (E.D. Mich. Aug. 24, 2012) (citing *Thomas v. Arn*, 474 U.S. 140 (1985)). Nevertheless, the Court reviewed the Magistrate Judge's report and finds it agrees with the Magistrate Judge's recommendation. The Court therefore ACCEPTS and ADOPTS the Magistrate Judge's report and recommendation (ECF No. 63) and DENIES Defendants' Motion For Partial Summary Judgment (ECF No. 26.).

SO ORDERED.                           s/ Nancy G. Edmunds
                                                   Nancy G. Edmunds
Dated: June 28, 2023                United States District Judge

I hereby certify that a copy of the foregoing document was served upon counsel of record on June 28, 2023, by electronic and/or ordinary mail.

                         <u>s/Lisa Bartlett</u>
                         Case Manager